```
   1    General Docket, Civil Cases, Circuit Court, SMITH COUNTY CIRCUIT CLERK
==================================================================================
No. CV2021-082-1                                                 CFN    3093

AUDREY JOHNSON, A MINOR BY TERESA STEWAR Counsel for Plaintiff
   VS.                                   RAYMOND P. TULLOS
                                         Counsel for Defendant
PLAYCORE WISCONSIN, INC
                                              JUDGE Eddie H Bowen
==================================================================================
   DATE                        ORDERS, JUDGMENTS, ETC.
----------------------------------------------------------------------------------
 5/04/21 COVER SHEET
 5/04/21 COMPLAINT
 5/04/21 PLAINTIFFS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOC
         UMENTS
 5/06/21 ISSUED SUMMONS ON PLAYCORE WISCONSIN, INC. (RTA)
 5/06/21 ISSUED SUMMONS ON WILLIAM T. SLOAN (RTA)
 5/10/21 EXECUTED SUMMONS TO PLAYCORE WISCONSIN, INC. 5.7.21
```



EXHIBIT "A"

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | | | Case | | | Docket Number |
|---|---|---|---|---|---|---|
| 6 5 | C I | 2 0 2 1 | | | 0 8 2 -1 | |
| County # | Judicial District | Court ID (CH, CI, CO) | | | | 3 5 |
| | | | | | | Local Docket ID |

0 5 0 4 2 1
Month   Date   Year
This area to be completed by clerk

Mississippi Supreme Court         Form AOC/01
Administrative Office of Courts              (Rev 2020)

Case Number if filed prior to 1/1/94

In the CIRCUIT _____ Court of SMITH _____ County — _____ Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** Johnson _____ Audrey _____
Last Name          First Name          Maiden Name, if applicable     M.I.     Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** 2720 SCR 18, Mize, Mississippi 39116

**Attorney (Name & Address)** Raymond P. Tullos, P.O. Box 74, Raleigh, Mississippi 39153     MS Bar No. 103745
___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: *Raymond P. Tullos*

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** _____
Last Name          First Name          Maiden Name, if applicable     M.I.     Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** Playcore Wisconsin, Inc.
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is suing in the name of an entity other than the above, and enter below:
D/B/A _____

MAY 0 4 2021
Anthony Grayson, Circuit Clerk

**Attorney (Name & Address) - If Known** _____     MS Bar No. _____

___ **Check ( x ) if child support is contemplated as an issue in this suit.***
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet
**Nature of Suit** (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other _____

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other _____

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other _____

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other _____

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other _____

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other _____

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other _____

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other _____

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other _____

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other _____

EXHIBIT "A"

## IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

AUDREY JOHNSON, A MINOR, BY
TERESA STEWART, ADULT AND NEXT FRIEND                          PLAINTIFF

VS.                                                            NO. CV2021-082-1

PLAYCORE WISCONSIN INC.;
GAMETIME PROPERTIES, LLC;
ABC; AND DEF                                                   DEFENDANTS



FILED
MAY 04 2021
Anthony Grayson, Circuit Clerk

### COMPLAINT

Comes now Audrey Johnson, a minor, by Teresa Stewart, Adult and Next

Friend, Plaintiff in the above styled and numbered cause, and files this her

Complaint against the Defendants, PlayCore Wisconsin, Inc., Gametime

Properties, LLC, ABC, and DEF, and in support thereof would show unto the

Court the following facts, to wit:

1.  That the Plaintiff is a minor resident citizen of Smith County,

Mississippi, and Teresa Stewart is an adult resident citizen of Smith County,

Mississippi, and she is the grandmother and legal guardian of said minor.

2.  That the Defendant, PlayCore Wisconsin, Inc. is a non-resident

corporation of the State of Mississippi and is domiciled in the State of Wisconsin.

That process may be served on said Defendant by service of process upon its

registered agent, C.T. Corporation System, 645 Lakeland East Drive, Suite 101,

Flowood, Mississippi 39232.

3.  That the Defendant, Gametime Properties, LLC is a non-resident

corporation of the State of Mississippi and is domiciled in the State of Alabama.

That process may be served on said Defendant by service of process upon its

EXHIBIT "A"

registered agent, William T. Sloan, 1130 North Lamar, Post Office Box 913, Oxford, Mississippi 38655.

4. That the proper name and address of the Defendant, ABC, is unknown at this time and will be provided when it becomes known to the Plaintiff.

5. That the proper name and address of the Defendant, DEF, is unknown at this time and will be provided when it becomes known to the Plaintiff.

6. That on or about August 22, 2019, the Plaintiff was on the premises of Mize Elementary School in Mize, Smith County, Mississippi, for the purpose of attending said school. That on said date, the Plaintiff was with other students on the playground under the supervision of Mize Elementary School employees, ABC and DEF, during recess at Mize Elementary School, Smith County, Mississippi, when the Plaintiff was playing on a piece of playground equipment, pictured in the attached Exhibit "A" and Exhibit "B", created by the Defendants, PlayCore Wisconsin, Inc. and Gametime Properties, LLC, and was ejected from said equipment and fractured her tibia.

7. That the Defendant, PlayCore Wisconsin Inc., was careless, reckless, and negligent in the following ways, to wit:

(a) That the Defendant created playground equipment which it knew or should have known was unsafe, hazardous, and dangerous.

(b)  That the Defendant placed its equipment on a playground knowing that the equipment was unreasonably dangerous for children to use and operate.

(c)  That the Defendant failed to have an adequate description of how the playground equipment should be operated.

(d)  That the Defendant failed to conduct an inspection of said playground equipment for the purpose of discovering known apparent dangers, as well as unknown and latent dangers, in order to make the Defendant's playground equipment reasonably safe for children to play on.

(e)  By other acts and omissions.

8.  That the Defendant, Gametime Properties, LLC, was careless, reckless, and negligent in the following ways, to wit:

(a)  That the Defendant created playground equipment which it knew or should have known was unsafe, hazardous, and dangerous.

(b)  That the Defendant placed its equipment on a playground knowing that the equipment was unreasonably dangerous for children to use and operate.

(c)  That the Defendant failed to have an adequate description of how the playground equipment should be operated.

(d)  That the Defendant failed to conduct an inspection of said playground equipment for the purpose of discovering known apparent dangers, as well as unknown and latent dangers, in order to make the Defendant's playground equipment reasonably safe for children to play on.

EXHIBIT "A"

(e)  By other acts and omissions.

9.  That the Defendants, ABC and DEF, were careless, reckless, and negligent in the following ways, to wit:

(a)  That the Defendants, and each of the Defendants, created playground equipment which it knew or should have known was unsafe, hazardous, and dangerous.

(b)  That the Defendant placed its equipment on a playground knowing that the equipment was unreasonably dangerous for children to use and operate.

(c)  That the Defendants, and each of the Defendants, failed to have an adequate description of how the playground equipment should be operated.

(d)  That the Defendants, and each of the Defendants, failed to conduct an inspection of said playground equipment for the purpose of discovering known apparent dangers, as well as unknown and latent dangers, in order to make the Defendant's playground equipment reasonably safe for children to play on.

(e)  By other acts and omissions.

10.  That as a direct and proximate result of the aforesaid negligence of the Defendants, and each of the Defendants, the Plaintiff sustained serious injuries.  That the Plaintiff has sustained and she will continue to sustain excruciating physical and mental pain, anguish, and discomfort.  That the Plaintiff's injuries are permanent and temporary in nature.

11.  That as a direct and proximate result of the aforesaid negligence of the Defendants, and each of the Defendants, the Plaintiff has incurred expenses for hospital bills, doctor bills, medical bills, and other necessary medical expenses, and she will continue to incur such expenses in the future.

12.  That as a direct and proximate result of the negligence of the Defendants, and each of the Defendants, the Plaintiff sustained said injuries, damages, losses, and liabilities hereinabove stated.

WHEREFORE, Plaintiff demands judgment of and from the Defendants, jointly and severally, in the amount the jury feels is fair and reasonable and all costs of Court.

Respectfully submitted,

RAYMOND P. TULLOS
ATTORNEY FOR PLAINTIFF

RAYMOND P. TULLOS
Post Office Box 74
Raleigh, Mississippi 39153
Telephone 601-782-4242
Facsimile 601-782-4212
ATTORNEY FOR PLAINTIFF

EXHIBIT "A"

**IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI**

AUDREY JOHNSON, A MINOR, BY
TERESA STEWART, ADULT AND NEXT FRIEND                    PLAINTIFF

VS.                                                      NO. *CV2021-082-1*

PLAYCORE WISCONSIN INC.;
GAMETIME PROPERTIES, LLC;
ABC; AND DEF                                             DEFENDANTS



FILED
MAY 0 4 2021
Anthony Grayson, Circuit Clerk

**PLAINTIFF'S INTERROGATORIES**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS**

 Comes now Audrey Johnson, a minor, by Teresa Stewart, Adult and Next

Friend, Plaintiff in the above styled and numbered cause, and propounds these

her Interrogatories and Request for Production of Documents unto the

Defendants, PlayCore Wisconsin, Inc., Gametime Properties, LLC, ABC, and

DEF, to be answered and responded to in the time and manner prescribed by

the Mississippi Rules of Civil Procedure to wit:

**INTERROGATORIES**

 1. With respect to each person you expect to call as an expert witness at

the trial of this cause, please state with particularity the following:

 (a) The full name, address, telephone number, profession, and field of

expertise of such expert.

 (b) The subject matter on which the expert is expected to testify.

 (c) The substance of the facts to which said expert is expected to testify.

 (d) The opinions to which said expert is expected to testify.

 (e) A summary of the grounds for each such opinion.

(f)  All books, treatises, and other technical articles or other publications on which the expert is relying or intends to rely and, with respect to each such publication, give the name, title, publisher, or other identifying data and specify the particular chapter, section, or page on which such expert relies or intends to rely.

2.  With respect to each person you expect to call as a lay witness upon the trial of this cause together with a summary of their testimony, please state with particularity the following:

(a)  The full name, address, telephone number, and place of employment of each witness.

(b)  A summary of the testimony of each such witness.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Any and all statements taken of any witnesses or parties to the incident involved herein.

2. Any and all reports made of said incident by the Defendants.

3. Any and all videotapes, DVDs, and other recordings made of the incident on August 22, 2019.

4. A list of the names, addresses, and telephone numbers of any and all witnesses whom the Defendants shall call upon the trial of this cause together with a summary of their testimony.

5. Any and all policies of insurance providing coverage for the Defendants at the time of said incident involved herein on August 22, 2019.

EXHIBIT "A"

Respectfully submitted,

RAYMOND P. TULLOS
ATTORNEY FOR PLAINTIFF

RAYMOND P. TULLOS
Post Office Box 74
Raleigh, Mississippi 39153
Telephone 601-782-4242
Facsimile 601-782-4212
ATTORNEY FOR PLAINTIFF

EXHIBIT "A"









EXHIBIT "A"

IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

AUDREY JOHNSON, A MINOR, BY
TERESA STEWART, ADULT AND NEXT FRIEND                    PLAINTIFF

VS.                                          CAUSE NO.:  CV-2021-082-1

PLAYCORE WISCONSIN INC.;
GAMETIME PROPERTIES, LLC;
ABC; AND DEF                                             DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:  C T Corporation System
     645 Lakeland East Drive, Suite 101
     Flowood, Mississippi 39232

<u>NOTICE TO DEFENDANT</u>

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written
response to the Complaint to **Raymond P. Tullos**, the attorney for
the Plaintiff, whose post office address is Post Office Box 74,
Raleigh, Mississippi  39153, and whose street address is 126
Main Street, Raleigh, Mississippi.  Your response must be mailed
or delivered within **thirty (30) days** from the date of delivery
of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in
the complaint.

You must also file the original of your response with the
Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this ____ 6th____
day of May, 2021.

_____
CIRCUIT CLERK,

_____
D.C

EXHIBIT "A"

IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

AUDREY JOHNSON, A MINOR, BY
TERESA STEWART, ADULT AND NEXT FRIEND                    PLAINTIFF

VS.                                          CAUSE NO.:  CV-2021-082-1

PLAYCORE WISCONSIN INC.;
GAMETIME PROPERTIES, LLC;
ABC; AND DEF                                             DEFENDANTS

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:   William T. Sloan
      1130 North Lamar
      Post Office Box 913
      Oxford, Mississippi 38655

<u>NOTICE TO DEFENDANT</u>

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

   You are required to mail or hand-deliver a copy of a written
response to the Complaint to **Raymond P. Tullos,** the attorney for
the Plaintiff, whose post office address is Post Office Box 74,
Raleigh, Mississippi  39153, and whose street address is 126
Main Street, Raleigh, Mississippi.  Your response must be mailed
or delivered within **thirty (30) days** from the date of delivery
of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in
the complaint.

   You must also file the original of your response with the
Clerk of this Court within a reasonable time afterward.

   Issued under my hand and seal of said Court, this _____
day of May, 2021.

                              _____
                              CIRCUIT CLERK,

                              _____
                              D.C

EXHIBIT "A"

IN THE CIRCUIT COURT OF SMITH COUNTY, MISSISSIPPI

AUDREY JOHNSON, A MINOR, BY
TERESA STEWART, ADULT AND NEXT FRIEND             PLAINTIFF

VS.                                    CAUSE NO.:  CV-2021-082-1

PLAYCORE WISCONSIN INC.;
GAMETIME PROPERTIES, LLC;
ABC; AND DEF                                      DEFENDANTS

SUMMONS

THE STATE OF MISSISSIPPI

TO:  C T Corporation System
     645 Lakeland East Drive, Suite 101
     Flowood, Mississippi 39232

NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

   You are required to mail or hand-deliver a copy of a written
response to the Complaint to **Raymond P. Tullos,** the attorney for
the Plaintiff, whose post office address is Post Office Box 74,
Raleigh, Mississippi  39153, and whose street address is 126
Main Street, Raleigh, Mississippi.  Your response must be mailed
or delivered within **thirty (30) days** from the date of delivery
of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in
the complaint.

   You must also file the original of your response with the
Clerk of this Court within a reasonable time afterward.

   Issued under my hand and seal of said Court, this ____6th____
day of May, 2021.

                              CIRCUIT CLERK,

                              D.C

FILED
MAY 1 0 2021
Anthony Grayson, Circuit Clerk

EXHIBIT "A"

## PROOF OF SERVICE – SUMMONS

FOR **C T Corporation System** for process for
**PlayCore Wisconsin, Inc.**

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

_____ PERSONAL SERVICE.  I personally delivered copies to _____ on the ___7___ day of ___MAY___ , 20 _21_ , where I found said person in ___Rankin___ county of the State of Mississippi.

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:  $ _55.00_

Process server must list below:

Name _____
Social Security No._____

Address_____

_____

Telephone No._____

STATE OF MISSISSIPPI
COUNTY OF SMITH

Personally appeared before me the undersigned authority in and for state and county aforesaid, the within named ___Ted H Katen___ who being first by me duly sworn, states on oath that the matters and facts ser forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO and subscribed before me, this the ___7th___ day of _May_ , 2021.

_____
NOTARY PUBLIC

My Commission Expires:

KAREN D. TUBBS
Commission Expires
Dec. 11, 2021